GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
MELISSA M. COWAN, State Bar No. 175326
KEIKO J. KOJIMA, State Bar No. 206595
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone:  (213) 629-8800
Facsimile:  (213) 629-0037
E-Mail:   dmaguire@galtonhelm.com
               mcowan@galtonhelm.com
               kkojima@galtonhelm.com
Attorneys for Defendant THE GUARDIAN LIFE INSURANCE COMPANY

STEPHENSON, ACQUISTO & COLMAN
JOY YOUNG STEPHENSON, State Bar No. 113755
KATHRYN J. WOODS, State Bar No. 228650
303 North Glenoaks Boulevard, Suite 700
Burbank, California 91502-3226
Telephone:  (818) 559-4477
Attorneys for Plaintiff STANFORD UNIVERSITY MEDICAL CENTER d/b/a
STANFORD HOSPITAL AND CLINICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

*E-FILED - 6/29/05*

| | |
|---|---|
| STANFORD UNIVERSITY MEDICAL CENTER d/b/a STANFORD HOSPITAL AND CLINICS, a Non-Profit California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY, a Wisconsin corporation; and DOES 1-25, inclusive,<br><br>                Defendants. | CASE NO. C 05 00998 RMW<br><br>**STIPULATION TO CONTINUE THE JULY 15, 2005 CASE MANAGEMENT CONFERENCE TO JULY 29, 2005** AND ORDER<br>Date:    July 15, 2005 (currently set)<br>Time:    10:30 a.m.<br>Dept.:   6<br><br>Requested Date:  July 29, 2005 |

/ / /

/ / /

5107 / 84129.1

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

Plaintiff STANFORD UNIVERSITY MEDICAL CENTER d/b/a STANFORD HOSPITAL AND CLINICS and Defendant THE GUARDIAN LIFE INSURANCE COMPANY, by and through their respective attorneys of record in the above-entitled action, hereby stipulate to and respectfully apply to the Court for an order continuing the currently-scheduled July 15, 2005 Case Management Conference in this action.

Good cause exists for the order sought on the following grounds:

Defendant's counsel, Melissa M. Cowan, will be appearing for The Guardian Life Insurance Company at the Case Management Conference as trial counsel. This request for continuance is made due to the unexpected death of Ms. Cowan's father, who died on June 12, 2005. Ms. Cowan is taking time off to deal with this emergency. As a result, Ms. Cowan has obtained a continuance for an appellate oral argument in the unrelated case of Thorndal v. Provident Life and Accident Ins. Co. et al, Appellate Case No. B158749. The California Court of Appeal continued the oral argument in that case from June 16, 2005 to July 15, 2005 — the same date as the currently scheduled Case Management Conference in the instant matter. Opposing counsel in the Thorndal appeal is hesitant to continue the oral argument to the next available date for counsel in September 2005. Accordingly, Ms. Cowan seeks a continuance of the instant Case Management Conference to avoid the scheduling of the two appearances on the same day.

/ / /

/ / /

/ / /

/ / /

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

5107 / 84129.1

2

1    Therefore, the parties respectfully request that the July 15, 2005 hearing be

2    continued to July 29, 2005.  The parties further request that the completion dates for

3    compliance with Rule 26 of the Federal Rules of Civil Procedure and Local Rules

4    16-8 and 16-9 be continued according to the July 29, 2005 hearing date.

5

6    IT IS SO STIPULATED.

7

8    DATED:  June 15, 2005          STEPHENSON, ACQUISTO & COLMAN
                                    JOY YOUNG STEPHENSON
9                                   KATHRYN J. WOODS

10

11                                  By:  /S/ KATHRYN J. WOODS
                                          KATHRYN J. WOODS
12                                  Attorneys for Plaintiff Stanford University
                                    Medical Center D/B/A Stanford Hospital And
13                                  Clinics

14

15   DATED:  June 15, 2005          GALTON & HELM LLP
                                    DANIEL W. MAGUIRE
16                                  MELISSA M. COWAN
                                    KEIKO J. KOJIMA
17

18                                  By:  /S/ KEIKO J. KOJIMA
                                          KEIKO J. KOJIMA
19                                  Attorneys for Defendant The Guardian Life
                                    Insurance Company
20

21

22

23

24

25

26

27

28

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

1

### __ORDER__

2

3      GOOD CAUSE THEREFOR APPEARING, the Case Management

4  Conference currently set for July 15, 2005 at 10:30 a.m. is hereby continued to July

5  29, 2005 at 10:30 a.m.  Compliance with the requirements of Rule 26 of the Federal

6  Rules of Civil Procedure and Local Rules 16-8 and 16-9 shall be based on the July

7  29, 2005 hearing date.

8

9      IT IS SO ORDERED.

10

11  Dated: ___6/29/05_____          /S/ RONALD M. WHYTE

12                                        _____
                                          The Honorable Ronald M. Whyte

13                                        Judge of the United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800