IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/29/05*

STANFORD UNIVERSITY MEDICAL
CENTER d/b/a STANFORD HOSPITAL
AND CLINICS, a Non-Profit
California corporation,
        Plaintiff,

v.

THE GUARDIAN LIFE INSURANCE
COMPANY, a Wisconsin corporation;
SUSHANT PATNAIK, an individual; and
DOES 1-25, Inclusive
        Defendant.

No. C 05 00998 RMW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

Mediation through ADR Services or JAMS

Dated: June ___, 2005         _____
                                   Attorney for Plaintiff

Dated: June 22, 2005       _/s/ Melissa M. Cowan_
                                   Attorney for Defendant  MELISSA M. COWAN

IT IS SO ORDERED:

Dated: _____       _____
                                                   UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STANFORD UNIVERSITY MEDICAL CENTER d/b/a STANFORD HOSPITAL AND CLINICS, a Non-Profit California corporation,
   Plaintiff,

v.

THE GUARDIAN LIFE INSURANCE COMPANY, a Wisconsin corporation; SUSHANT PATNAIK, an individual; and DOES 1-25, Inclusive,
   Defendant.

No. C 05 00998 RMW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

---

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration   ☐ ENE   ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR (please identify process and provider)

Mediation through ADR Services or JAMS

Dated: June 23, 2005      _/s/ Kathryn Julia Woods_
                          Kathryn Julia Woods
                          Attorney for Plaintiff

Dated: June __, 2005      _____
                          Attorney for Defendant

IT IS SO ORDERED:

Dated: 6/29/05           /S/ RONALD M. WHYTE
                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: June   , 2005        _____
                            [Typed name and signature of plaintiff]

Dated: June   , 2005        _____
                            [Typed name and signature of counsel for plaintiff]

Dated: June   , 2005        _____
                            [Typed name and signature of defendant]

Dated: June 27, 2005        /s/ Melissa M. Cowan
                            [Typed name and signature of counsel for defendant]
                            MELISSA M. COWAN

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: June    , 2005    _____
[Typed name and signature of plaintiff]

Dated: June    , 2005    _____
[Typed name and signature of counsel for plaintiff]

Dated: June 22, 2005    K/Wynne
[Typed name and signature of defendant]
Kristin L. Wynne - Guardian Life Insurance Company of America

Dated: June    , 2005    _____
[Typed name and signature of counsel for defendant]

United States District Court
For the Northern District of California

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: June ___, 2005   _[signature]_
[Typed name and signature of plaintiff]     PATIENT FINANCIAL
SHOSHANA WILLIAMS, DIRECTOR OF ~~OPERATIONS~~ SERVICES
FOR PLAINTIFF

Dated: June 23, 2005   _[signature]_
[Typed name and signature of counsel for plaintiff]
KATHRYN JULIA WOODS, ESQ., STEPHENSON, ACQUISTO AND COLMAN, ATTORNEY FOR PLAINTIFF

Dated: June ___, 2005   _____
[Typed name and signature of defendant]

Dated: June ___, 2005   _____
[Typed name and signature of counsel for defendant]

United States District Court
For the Northern District of California

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/05