1   STEPHENSON, ACQUISTO & COLMAN
    BARRY SULLIVAN, State Bar No. 136571
2   JOSEPH HELGESON, State Bar No. 229414
    303 North Glenoaks Boulevard, Suite 700
3   Burbank, CA  91502-3226
    Telephone:  (818) 559-4477
4   Facsimile:  (818) 559-5484

5   Attorneys for Plaintiff Stanford University Medical Center d/b/a Stanford Hospital
    and Clinics, a Non-Profit California corporation,
6
    GALTON & HELM LLP
7   DANIEL W. MAGUIRE, State Bar No. 120002
    MELISSA M. COWAN, State Bar No. 175326
8   500 South Grand Avenue, Suite 1200
    Los Angeles, California 90071-2624
9   Telephone: (213) 629-8800
    Facsimile: (213) 629-0037
10  E-Mail:  dmaguire@galtonhelm.com
             mcowan@galtonhelm.com
11
    Attorneys for Defendant The Guardian Life Insurance Company
12

13              UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15                                            *E-FILED - 10/27/05*

16  STANFORD UNIVERSITY            CASE NO. C 05 00998 RMW
    MEDICAL CENTER d/b/a
17  STANFORD HOSPITAL AND          **STIPULATION FOR DISMISSAL
    CLINICS, a Non-Profit California   WITH PREJUDICE; [PROPOSED]
18  corporation,                   ORDER**

19          Plaintiff,

20      vs.

21  THE GUARDIAN LIFE INSURANCE
    COMPANY, a Wisconsin corporation;
22  SUSHANT PATNAIK; an individual;
    and DOES 1-25, inclusive,
23
            Defendants.
24

25

26  / / /

27  / / /

28  / / /
    5107 / 88824 1

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

Plaintiff Stanford University Medical Center d/b/a Stanford Hospital and Clinics, a Non-Profit California corporation and Defendant The Guardian Insurance Company hereby stipulate, by and through their counsel of record, that the above-referenced case shall be dismissed with prejudice as to all parties, including Defendant Sushant Patnaik who was never served but was previously dismissed from the case without prejudice. The parties shall bear their own separate expenses, costs and attorneys' fees.

DATED: October 24, 2005

STEPHENSON, ACQUISTO & COLMAN
BARRY SULLIVAN
JOSEPH HELGESON

By: _____
        JOSEPH HELGESON
Attorneys for STANFORD UNIVERSITY
MEDICAL CENTER d/b/a STANFORD
HOSPITAL AND CLINICS, a Non-Profit
California corporation

DATED: October 2, 2005

GALTON & HELM LLP
DANIEL W. MAGUIRE
MELISSA M. COWAN

By: _____
        MELISSA M. COWAN
Attorneys for Defendant The Guardian Life
Insurance Company

**O R D E R**

IT IS SO ORDERED.

DATED: 10/27/05        /S/ RONALD M. WHYTE

UNITED STATES DISTRICT COURT JUDGE

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2654
TELEPHONE (213) 629-8800

5107 / 88824.1

2

Case No. C 05 00998 RMW
STIPULATION FOR DISMISSAL WITH
PREJUDICE; [PROPOSED] ORDER

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **October 24, 2005,** I served the foregoing document(s) described as

**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** by placing a true copy as follows:

**Melissa M. Cowan, Esq.**
**Galton & Helm**
**500 S. Grand Ave., Suite 1200**
**Los Angeles, CA 90071**

[ X ]    BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3)]

[ ]    BY MESSENGER:  I caused such envelope(s), with A-LINE MESSENGER Charges to be paid by this firm, to be picked up by A-LINE at our facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]    BY FEDERAL EXPRESS:  I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]    BY TELECOPIER:  Service was effected on all parties at approximately ____ by transmitting said document(s) from this firm's facsimile machine (818/559-5484) to the facsimile machine number(s)shown above. Transmission to said numbers was successful as evidenced by a transmission report produced by the machine indicating the documents had been transmitted completely and without error. [C.R.C. Nº 2008(e), C.C.P. 1013(e)]

[X]    State:    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 24, 2005,** at Burbank, California.

_/s/ Aida Grigorian_
AIDA GRIGORIAN